1 | Daniel J. Kelly (Bar No. 145088)
HAIGHT BROWN & BONESTEEL LLP
2 | 71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
3 | Telephone: 415.546.7500
Facsimile: 415.546.7505

**FILED**

APR 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 | Attorneys for Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOSHII STEWART, | Case No. C 01-2422 |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, et al., | |
| Defendant. | |

Defendant Newport News Shipbuilding and Dry Dock Company hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Lawrence E. Butler, Seyfarth Shaw LLP.

Dated: March 18, 2008

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY

By: _____
Cynthia R. Thompson

///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000055
3027657.1

1

Case No. C 01-2422
SUBSTITUTION OF ATTORNEY

1 | I consent to the above substitution.

2 | Dated: April 5, 2008

SEYFARTH SHAW LLP

By: *Lawrence E. Butler*
Lawrence E. Butler
Present Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

I am duly admitted to practice in this District and accept the above substitution.

Dated: March 28, 2008

HAIGHT BROWN & BONESTEEL LLP

By: *Daniel J. Kelly*
Daniel J. Kelly
New Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY

**Substitution of Attorney is hereby approved.**

Dated: APR 1 6 2008

United States District Judge/Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000055
3027657.1

2

Case No. C 01-2422
SUBSTITUTION OF ATTORNEY

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEWART,

          Plaintiff,

v.

NEWPORT NEWS SHIPBUILDING AND
DRY DOCK et al,

          Defendant.
_____/

Case Number: CV01-02422 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel James Kelly
Haight Brown & Bonesteel LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981


Harry Fred Wartnick
Madelyn J. Chaber
Wartnick Chaber Harowitz Smith & Tigerma
101 California Street, Suite 2200
San Francisco, CA 94111


Kathleen Cahill Slaught
Lawrence E. Butler
Seyfarth Shaw
560 Mission Street, Suite 3100
San Francisco, CA 94105

Stephen Michael Tigerman
Steven M. Harowitz
Harowitz & Tigerman LLP
160 Sansome Street, 12th Floor
San Francisco, CA 94104

Dated: April 16, 2008

                                     Richard W. Wieking, Clerk
                                     By: Tracy Lucero, Deputy Clerk

2